An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID FRIEDMAN,
Appellant,

vs.

ABBIE G. FRIEDMAN,
Respondent.

No. 62827

**FILED**

OCT 02 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal. We approve the stipulation and hereby dismiss this appeal. As provided in the stipulation, each party shall bear their own attorney fees and costs. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Cheryl B. Moss, District Judge, Family Court Division
Black & LoBello
Santoro Whitmire
Denise L. Gentile
Lemons, Grundy & Eisenberg
Dickerson Law Group
Jolley Urga Wirth Woodbury & Standish
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-29409